```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| FRANCIENNA B. GRANT, | |
| Plaintiff, | Civil No. 08-306 (RMB/AMD) |
| v. | |
| OMNI HEALTH CARE SYSTEMS OF NJ, INC., et al | **MEMORANDUM AND ORDER** |
| Defendants. | |

**BUMB, United States District Judge:**

On October 26, 2009, this Court entered an Order dismissing the Plaintiff's Complaint with prejudice [Docket Entry No. 118]. In that Order, the Court directed the Defendants to notify the Court whether or not it intended to pursue its counterclaim against the Plaintiff.  On October 29, 2009, Defendants informed the Court that it did not wish to pursue its counterclaim and requested that the Court dismiss the counterclaim without prejudice [Docket Entry No. 119]; accordingly, for good cause shown;

IT IS ON THIS **30th** day of **October** **2009, ORDERED** that the counterclaim be and is hereby **DISMISSED WITHOUT PREJUDICE**; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall

1

close this file; and

    IT IS FURTHER **ORDERED** that this Court shall retain jurisdiction to entertain the pending motion for attorneys' fees [Docket Entry No. 113].

                                                  <u>s/Renée Marie Bumb</u>
                                                  RENÉE MARIE BUMB
                                                  United States District Judge